UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09

IN RE CHECK POINT SOFTWARE
TECHNOLOGIES LTD. SECURITIES
LITIGATION

No. 2003-CV-6594 (RMB)

## [PROPOSED] ORDER AUTHORIZING PAYMENT OF FEES AND EXPENSES OF CLAIMS ADMINISTRATOR

WHEREAS, by its Final Order and Judgment dated June 29, 2007, the Court approved a $13,000,000 settlement of this Action pursuant to the terms of a Stipulation and Agreement of Settlement dated as of March 2, 2007 (the "Stipulation") entered into by lead plaintiff Jay Stegmann and named plaintiff Daniel Parquette (together, the "Plaintiffs") and Check Point Software Technologies Ltd. ("Check Point" or the "Defendant"); and

WHEREAS, by the same Order, the Court approved the Plan of Allocation for distributing the settlement proceeds to Authorized Claimants as set forth in the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Reimbursement of Expenses and Final Hearing (the "Notice"); and

WHEREAS, as set forth in the Notice, the deadline for Class Members to submit Proof of Claim and Release forms ("Proofs of Claim") in order to participate in the distribution of the Settlement Fund was July 26, 2007, and GCG processed all Proofs of Claim received pursuant to the Plan of Allocation contained in the Notice; and

WHEREAS, by its Order Authorizing Distribution of Net Settlement Fund dated June 27, 2008 ("Initial Distribution Order"), the Court authorized distribution of the Settlement Fund to Authorized Claimants, after deduction of taxes, fees and expenses; and

WHEREAS, pursuant to its Initial Distribution Order, the Court (i) ordered that $745,596.45 of the Settlement Fund be placed into an interest-bearing account (the "Reserve Amount"); and (ii) ordered that GCG be paid $400,000 from the Reserve Amount in partial

payment of its fees and expenses incurred in connection with giving notice to the Class, processing Proofs of Claim, preparing the tax returns for the Settlement and distributing the Net Settlement Fund to Authorized Claimants, and provided that GCG may, upon submission of reasonable invoices, apply for additional payment, up to $345,596.45, upon completion of its distribution to shareholders; and

WHEREAS, GCG completed its initial distribution of the Net Settlement Fund as instructed pursuant to the Court's Initial Distribution Order (the "Initial Distribution"); and

WHEREAS, on June 9, 2009, Lead Counsel filed a motion for approval and payment of GCG's outstanding fees and expenses with the Court; and

WHEREAS, the Court requested that a hearing be held on July 15, 2009 (the "July 2009 Hearing") to discuss the status of the Initial Distribution, as well as the proposed plan of action for the remaining funds in the settlement account; and

WHEREAS, at the time of the July 2009 Hearing, Lead Counsel and GCG informed the Court that, following the completion of the Initial Distribution, GCG had received (i) 21 late claims and one late adjustment to a timely filed claim that was originally rejected in the Initial Distribution, which claims, calculated pursuant to the Plan of Allocation, totaled $184,841.50, and (ii) three broker invoices totaling $37,301.75; and

WHEREAS, at the July 2009 Hearing, the Court ordered that the 21 late submitted claims and one late adjusted claim be paid in full; and

WHEREAS, in accordance with the Court's order, GCG mailed checks to the 22 late submitted and adjusted claims, and all 22 checks have been cashed; and

WHEREAS, Lead Counsel now seeks the Court's authorization to pay GCG the balance of the settlement account in full satisfaction of their outstanding fees and expenses; and

WHEREAS, this Court has retained jurisdiction of this Action for the purpose of considering any further application or matter which may arise in connection with the

administration and execution of the Settlement and the processing of Proofs of Claim and the distribution of the Net Settlement Fund to the Authorized Claimants;

NOW, THEREFORE, upon reading and filing the Supplemental Affidavit of Stephen J. Cirami in Support of Application for Approval and Payment of Fees and Expenses of Claims Administrator, submitted on behalf of GCG, and upon all prior proceedings heretofore had herein, and after due deliberation, it is hereby

ORDERED, that GCG pay from the Net Settlement Fund the three outstanding broker invoices totaling $37,301.75, which represent administrative costs incurred in connection with forwarding the Notice to potential Class Members; and it is further

ORDERED, that following payment of the three broker invoices, GCG be paid the balance remaining in the settlement account in satisfaction of its outstanding fees and expenses; and it is further

ORDERED, that following the payments ordered herein, GCG close the settlement account, and any additional claims received by GCG, be rejected; and it is further

ORDERED, that this Court retain jurisdiction over any further application or matter which may arise in connection with this Action.

Dated: __11/10__, 2009

_____RMB_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE